127 F.3d 1097
 James A. Warner
v.
Lycoming County Prison, Pennsylvania Attorney General Ernest
Preate, City of Lock Haven PA, Charles Shoemaker, Officer of
Lock Haven City Police, Lock Haven Hospital, Jane Doe, Nurse
#one, official Capacity-name and address unknown at this
time, Jane Doe, Nurse #two, Official and Individual
Cap.-name and and address Unknown , Jane Doe, Nurse #3,,
official and individual cap.-name and address unknown, John
Doe, PAramedic Lock Haven
 NO. 97-7093
 United States Court of Appeals,
Third Circuit.
 Aug 20, 1997
 
 Appeal From: M.D.Pa. ,No.95cv00644 ,
 Conaboy, J.
 
 
 1
 Affirmed.